AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

FILED
NOV 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_for the_ DISTRICT OF _Columbia_

UNITED STATES OF AMERICA

V.

JAMES BAKER

## WAIVER OF INDICTMENT

CASE NUMBER: 07-252

I, _James Baker_, the above named defendant, who is accused of

_violation of 18 USC § 371_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _11/28/07_ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_James F. Baker_
Defendant

_Robert B. Green_
Counsel for Defendant

Before _[signature]_
Judicial Officer