UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Cr. No. 07-252 |
| v. : | |
| : | Violation: |
| : | |
| JAMES BAKER : | 18 U.S.C. Section 371 |
| : | (Conspiracy) |
| : | |
| Defendant : | |

FILED
NOV 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF OFFENSE

The United States and James Baker agree that the following facts are true and correct:

1. At times material to this case, JAMES BAKER, hereinafter sometimes referred to as the defendant, JAMES BAKER or BAKER, was a resident of Sykesville, Maryland, who operated Air Specialties, a company specializing in commercial mechanical services in the greater Washington, D.C. and Baltimore metropolitan areas.

2. JAMES BAKER, individually and through Air Specialties, periodically performed mechanical work for PM Services, a Federal contractor that managed government buildings in Washington, D.C on behalf of the General Services Administration.

3. CW was employed by PM Services as an engineer at the Federal Cohen and Switzer Buildings, which are located in Washington, D.C.

4. CW was BAKER'S primary contact at PM Services for all business matters, including bidding for jobs BAKER and Air Specialties would perform on behalf of PM Services.

### The Conspiracy

6. From in or about October of 2001 and continuing thereafter through at least July of 2003, in the District of Columbia and elsewhere, the defendant JAMES BAKER did unlawfully and knowingly conspire, combine, confederate, and agree with other persons both known and unknown to the United States to commit an offense against the United States, that is, devise, participate in, and execute a scheme and artifice to defraud PM Services, to obtain PM Services money, funds and property through false material pretenses, representations and promises and to deprive PM Services of its intangible right to CW's honest services as a PM Services employee, and in the execution of such scheme, to knowingly cause to be delivered by the United States Postal Service and by private and commercial interstate carrier matters and things in violation of Title 18, United States Code, Section 1341 (mail fraud).

### Purpose of the Conspiracy

7. A purpose of the conspiracy was for defendant JAMES BAKER and co-conspirators, to fraudulently obtain moneys, funds and property from PM Services for their own use and benefit and to further the scheme by various means, including omissions of material fact, false material pretenses, representations and promises.

## Manner and Means of the Conspiracy

8. As part of the conspiracy, defendant JAMES BAKER and other co-conspirators used the following manners and means, among others:

a. It was part of the conspiracy that CW caused PM Services to issue purchase orders for Air Specialties' labor and materials containing falsely inflated prices which were sent via FedEx, a commercial interstate carrier from PM Services office in Washington, D.C. to PM Services headquarters in Florida.

b. It was further part of the conspiracy that based on instructions from CW, BAKER would create and submit to PM Services officials via the United States Postal Service from Air Specialties' office in Jessup, Maryland to PM Services headquarters in Florida invoices containing falsely inflated prices for labor and materials matching those contained in the false purchase orders.

c. It was further part of the conspiracy that BAKER caused copies of the false purchase orders to be included with the false invoices mailed to PM Services headquarters in Florida.

d. It was further part of the conspiracy that after Air Specialties received payment from PM Services based on the falsely inflated invoices and purchase orders, BAKER, pursuant to CW's instructions, would cause the issuance of kickback payments in the form of Air Specialties checks made payable to CW or T-n-T Air Conditioning, a entity controlled by CW.

e. It was further part of the conspiracy that BAKER and CW concealed the kickback payments from PM Services officials, thereby depriving PM Services of its right to

CW's honest and loyal services.

## Overt Acts

9. Within the District of Columbia and elsewhere, in furtherance of the above-described conspiracy and in order to carry out the objects thereof, defendant JAMES BAKER and others known and unknown to the United States, committed the following overt acts, among others:

a. On or about May 17, 2002, CW and BAKER caused a false purchase order no. 1383, containing an inflated cost figure of $11,593.57 for materials and mechanical work Air Specialties was to perform, to be sent from PM Services' Washington, D.C. office to PM Services' headquarters office, 2220 Central Avenue, St. Petersburg, FL 33712 via FedEx, a commercial interstate carrier.

b. On or about August 27, 2002, BAKER and CW caused a false Air Specialties' invoice no. 2R1004-020, containing the remaining inflated cost figure of $11,593.57 for materials and mechanical work Air Specialties performed, to be submitted to PM Services via the United States Postal Service from Air Specialties, 10545 Guilford Road, Suite 108, Jessup, Maryland 20794 to PM Services' headquarters office, 2220 Central Avenue, St. Petersburg, FL 33712.

c. On or about November 1, 2002, BAKER and CW caused PM Services check number 15737 for $11,593.57, to be sent from PM Services' headquarters office, 2220 Central Avenue, St. Petersburg, FL 33712 to Air Specialties, 10545 Guilford Road, Suite 108, Jessup, Maryland 20794.

d. On or about November 25, 2002, BAKER caused Air Specialties check

4

number 7460 for $2,500 made payable to T-n-T Air Conditioning to be issued and provided to CW.

                                Respectfully submitted,

                                JEFFREY A. TAYLOR
                                United States Attorney
                                for the District of Columbia

By: _____
                                JOHN GRIFFITH
                                Assistant U.S. Attorney
                                555 4th Street, N.W.
                                Washington, D.C. 20530
                                (202) 353-2453

## DEFENDANT'S ACCEPTANCE

       I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11 and 28 U.S.C. § 1746, after consulting with my attorney Robert Green, Esq., I agree and stipulate to this Statement of Offense, and admit and declare under penalties of perjury that the facts recited within this Statement of Offense are true and correct.

Date: __11/28/07__                      _____
                                               James Baker, Defendant

       I have discussed this Statement of Offense with my client, Mr. Baker. I concur with his decision to stipulate to this Statement of Offense.

Date: __11/28/07__                      _____
                                             Robert Green, Esq.
                                             Attorney for the Defendant