U.S. Department of Justice
U.S. Attorneys

# United States District Court
## for the District of Columbia

FILED

NOV 28 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | |
| | : | Case No. 07-CR-252 (CKK) |
| JAMES BAKER, | : | |
| DEFENDANT. | : | |

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __28TH__ day of __NOVEMBER 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __November 30, 2007 @ 8:30 AM__ by __SA D. DAMRON, FBI/SA G. CUMMINGS, GSA-OIG__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __FEDERAL BUREAU OF INVESTIGATION WASHINGTON FIELD OFFICE__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __SA DAMRON & SA G. CUMMINGS__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge ~~COLLEEN KOLLAR-KOTELLY~~
U.S. MAGISTRATE JUDGE ALAN KAY

DEFENSE COUNSEL

DOJ USA-16-1-80