UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>v. )<br> )<br>JAMES BAKER, )<br>       Defendant. )<br> ) | CR. No. 07-252 (CKK/AK) |

REPORT AND RECOMMENDATION

This matter was referred to a United States Magistrate Judge by the Honorable Colleen Kollar-Kotelly for the acceptance of a plea to Count One of an Information alleging a violation of 18 U.S.C. § 371, Conspiracy to Commit Mail Fraud.

Hearing on Plea

The Defendant, James Baker, came before the Court on November 28, 2007, represented by counsel, Robert Green. The Government was represented by Assistant United States Attorney John Griffith. For the record, Defendant, Defendant's counsel and Government counsel consented to proceed before the undersigned United States Magistrate Judge, for the purpose of conducting the plea colloquy and accepting the plea. The Court placed Mr. Baker under oath and ascertained that he was competent to enter a plea to the one count information, and the Court then proceeded to explain the nature of the charge to which the plea was being offered.

The Court followed Rule 11 of the Federal Rules of Criminal Procedure, advising the Defendant of the maximum possible penalty provided by law and ascertaining his awareness of the Sentencing Guidelines and the fact that such Guidelines are no longer mandatory, but should be considered by the sentencing court. The Defendant acknowledged that he wished to waive his right to a jury trial before a United States District Court Judge and that by entering a plea of

guilty, which, if accepted by the District Court, would waive his right to appeal a judgment of guilt. Defendant acknowledged that he was waiving his constitutional right not to incriminate himself. The Defendant indicated that the terms and conditions contained in the plea agreement, which was filed and made part of the record in this case, accurately reflected the agreement between himself, his counsel, and the United States and that no other promises, other than what was contained in the plea agreement, had been made to him in order to secure his plea of guilty in this case. Defendant acknowledged that he conspired to commit mail fraud.

The Court found, after advising the Defendant of his rights, Mr. Baker's plea of guilty to Count One of the Information was voluntarily and knowingly made and that his admission of guilt encompassed each of the elements of the offense charged in Count One of the Information.

## Recommendation

The undersigned recommends that the trial court accept Mr. Baker's plea of guilty based upon this Court's finding that the plea of guilty was knowingly and voluntarily made by Mr. Baker, who was found to be competent and that he fully understood the nature and the consequences of entering such a plea. Following the entry of the plea of guilty, the Court directed that the Defendant be placed on a personal recognizance bond. Defendant was referred to the Probation Office for a Pre-sentencing Investigation Report. Defendant's sentencing date before the Honorable Colleen Kollar-Kotelly has not yet been set.

November 29, 2007                         _____/s/_____
                                          ALAN KAY
                                          UNITED STATES MAGISTRATE JUDGE