## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Criminal Action No.  **07cr252** |
| : | Judge Colleen Kollar-Kotelly |
| **JAMES BAKER** : | |
| : | **FILED** |
| Defendant : | |
| : | DEC **1 3** 2007 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Court has received a copy of Magistrate Judge Alan Kay's Report and Recommendation dated November 29, 2007.  No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 13th day of December, 2007, hereby

ORDERED that the Report and Recommendation is ADOPTED.   It is

FURTHER ORDERED that the U.S. Probation Department shall finalize and file the pre-sentence report for JAMES BAKER  by no later than Friday, February 15, 2008; any memoranda in aid of sentencing shall be filed by no later than Friday, February 22, 2008; and it is

FURTHER ORDERED that the Status Hearing set for January 18, 2008, is hereby vacated, and that Defendant JAMES BAKER shall be sentenced on Friday, March 14, 2008 at 9:00 a.m in Courtroom 28A in the Annex .

_____ /s/ _____
**JUDGE COLLEEN KOLLAR-KOTELLY**
**United States District Judge**

cc:    Chambers
        Courtroom Clerk
        Robert B. Green, Esq.
        John D. Griffith, AUSA
        Pretrial Services
        Brian Shaffer, Supervisory Probation Officer

(N)