UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 07-252 (CKK) |
| | : | |
| **JAMES BAKER,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UNOPPOSED MOTION**
**TO VACATE SCHEDULING DATES**

Plaintiff, United States of America**,** by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following unopposed motion to vacate the current scheduling dates in the above-captioned matter and set a status hearing for Friday, March 18, 2008 at 9:00 a.m.(currently scheduled sentencing time).  In support of this request, the government states as follows:

1.     On November 28, 2007, before the Honorable Alan Kay, United States Magistrate Judge, defendant James Baker pled guilty to one count of conspiracy to commit mail fraud, in violation of 18 U.S.C. Section 371.  On that date, Judge Kay issued a Report and Recommendation that the guilty plea be accepted by the Court.  On December 20, 2007, the Court adopted Judge Kay's Report and Recommendation and ordered that: 1) the U.S. Probation Office finalize the pre-sentence report on February 15, 2008; 2) any memoranda in aid of sentencing be filed by February 22, 2008; 3) the Status Hearing set for January 18, 2008 be vacated; and 4) the sentencing be held on March 14, 2008 at 9:00 a.m.

2.     This case is related to <u>United States v. Anderson</u>, Crim. No. 07-117 (CKK), <u>United States v. Shahriari</u>, Crim. No. 07-137 (CKK), <u>United States v. Lillicotch</u>, Crim. No. 07-169 (CKK) and <u>United States v. Wehausen</u>, Crim. No. 07-251 (CKK).  In the first three of these related cases,

the defendants are cooperating with law enforcement authorities in the investigation of other individuals. The Court has set status hearing dates for the cooperating defendants, but has not yet scheduled sentencing dates.

3. Pursuant to the plea agreement in this matter, defendant Baker is cooperating with law enforcement authorities in the investigation of other individuals. In light of this continued cooperation, the government respectfully requests that the scheduling dates for the Sentencing hearing, filing of memoranda in aid of sentencing and disclosure of the Pre-sentence Investigation Report disclosure be vacated and that a status hearing date be set for Friday, March 18, 2008 at 9:00 a.m.

4. Counsel for the defendant has stated that the defendant concurs with this motion. In addition, the Pre-sentence Investigation Report has not yet been disclosed and the U.S. Probation Office does not object to this request.

WHEREFORE, the government respectfully requests that the current scheduling dates for sentencing, filing of memoranda in aid of sentencing and disclosure of the Pre-sentence Investigation Report be vacated and that a status hearing be scheduled for Friday, March 18, 2008 at 9:00 a.m. A proposed order is attached.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney
    DC Bar No. 498610

By: _____/s/_____
    JOHN GRIFFITH
    Assistant U.S. Attorney
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 353-2453
    john.griffith3@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No.: 07-252 (CKK) |
| : | |
| **JAMES BAKER,** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S UNOPPOSED MOTION
## TO VACATE SCHEDULING DATES

Plaintiff, United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following unopposed motion to vacate the current scheduling dates in the above-captioned matter and set a status hearing for Friday, March 18, 2008 at 9:00 a.m.(currently scheduled sentencing time). In support of this request, the government states as follows:

1. On November 28, 2007, before the Honorable Alan Kay, United States Magistrate Judge, defendant James Baker pled guilty to one count of conspiracy to commit mail fraud, in violation of 18 U.S.C. Section 371. On that date, Judge Kay issued a Report and Recommendation that the guilty plea be accepted by the Court. On December 20, 2007, the Court adopted Judge Kay's Report and Recommendation and ordered that: 1) the U.S. Probation Office finalize the pre-sentence report on February 15, 2008; 2) any memoranda in aid of sentencing be filed by February 22, 2008; 3) the Status Hearing set for January 18, 2008 be vacated; and 4) the sentencing be held on March 14, 2008 at 9:00 a.m.

2. This case is related to United States v. Anderson, Crim. No. 07-117 (CKK), United States v. Shahriari, Crim. No. 07-137 (CKK), United States v. Lillicotch, Crim. No. 07-169 (CKK) and United States v. Wehausen, Crim. No. 07-251 (CKK). In the first three of these related cases,

the defendants are cooperating with law enforcement authorities in the investigation of other individuals. The Court has set status hearing dates for the cooperating defendants, but has not yet scheduled sentencing dates.

3. Pursuant to the plea agreement in this matter, defendant Baker is cooperating with law enforcement authorities in the investigation of other individuals. In light of this continued cooperation, the government respectfully requests that the scheduling dates for the Sentencing hearing, filing of memoranda in aid of sentencing and disclosure of the Pre-sentence Investigation Report disclosure be vacated and that a status hearing date be set for Friday, March 18, 2008 at 9:00 a.m.

4. Counsel for the defendant has stated that the defendant concurs with this motion. In addition, the Pre-sentence Investigation Report has not yet been disclosed and the U.S. Probation Office does not object to this request.

WHEREFORE, the government respectfully requests that the current scheduling dates for sentencing, filing of memoranda in aid of sentencing and disclosure of the Pre-sentence Investigation Report be vacated and that a status hearing be scheduled for Friday, March 18, 2008 at 9:00 a.m. A proposed order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
DC Bar No. 498610

By: _____/s/_____
JOHN GRIFFITH
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2453
john.griffith3@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No.: 07-252 (CKK)** |
| : | |
| **JAMES BAKER,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the government's unopposed motion to vacate scheduling dates, and the entire record herein, it is hereby,

**ORDERED** that the government's unopposed motion to vacate scheduling dates is **GRANTED**; and it is

**FURTHER ORDERED** that the dates for sentencing, filing of memoranda in aid of sentencing and disclosure of the Pre-sentence Investigation Report hereby are, **VACATED,** and that a **STATUS HEARING** shall be held on **Friday, March 18, 2008 at 9:00 a.m.**  Dates for the sentencing hearing, filing of memoranda in aid of sentencing and disclosure of the Pre-sentence Investigation Report will be rescheduled in a future order.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

_____
DATE