UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.: 07-252 (CKK) |
| : | |
| JAMES BAKER, : | |
| : | |
| Defendant. : | |

**FILED**
JAN 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the government's unopposed motion to vacate scheduling dates, and the entire record herein, it is hereby,

**ORDERED** that the government's unopposed motion to vacate scheduling dates is **GRANTED**; and it is

**FURTHER ORDERED** that the dates for sentencing, filing of memoranda in aid of sentencing and disclosure of the Pre-sentence Investigation Report hereby are, **VACATED,** and that a **STATUS HEARING** shall be held on **Friday, March 18, 2008 at 9:00 a.m.** Dates for the sentencing hearing, filing of memoranda in aid of sentencing and disclosure of the Pre-sentence Investigation Report will be rescheduled in a future order.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

_Jan. 10, 2008_____
DATE