UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.  07-CR-252 (CKK) |
| | : | |
| **JAMES BAKER,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UNOPPOSED MOTION
TO CORRECT STATUS HEARING DATE**

Plaintiff, United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following unopposed motion to correct the status hearing date listed in the January 10, 2008 Scheduling Order in this case.  In support of this request, the government states as follows:

1.  On January 9, 2008, the United States filed an unopposed motion to vacate scheduling dates.  This motion and the proposed order accompanying it submitted by the government (signed by the Court on January 10, 2008) incorrectly listed the proposed status hearing date as Friday, March 18, 2008 at 9:00 a.m.  March 18 actually falls on a Tuesday and the proposed date should have been Friday, March 14, 2008 at 9:00 a.m.

2.  To correct the date discrepancy, attached is a proposed order changing the date of the status hearing to Friday, March 14, 2008 at 9:00 a.m.  Counsel for the defendant has stated that the defendant concurs with this motion.  The undersigned apologizes to the Court and counsel for the inconvenience caused by this error.

WHEREFORE, the government respectfully requests that the Court issue the accompanying order setting the status hearing in this matter for Friday, March 14, 2008 at 9:00 a.m.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                United States Attorney
                District of Columbia


By:     _____/s/_____
         JOHN GRIFFITH
         Assistant U.S. Attorney
         555 4th Street, N.W.
         Washington, D.C. 20530
         (202) 353-2453
         john.griffith3@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.  07-CR-252 (CKK) |
| | : | |
| **JAMES BAKER,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Upon consideration of the government's unopposed motion to correct status hearing date, it is hereby,

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that a **STATUS HEARING** shall be held in the above-captioned matter on **Friday, March 14, 2008 at 9:00 a.m.**

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE


_____
DATE