UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.  07-CR-252 (CKK) |
| | : | |
| JAMES BAKER, | : | |
| | : | |
| Defendant. | : | |

ORDER

FILED

JAN 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the government's unopposed motion to correct status hearing date, it is hereby,

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that a **STATUS HEARING** shall be held in the above-captioned matter on **Friday, March 14, 2008 at 9:00 a.m.**

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

_____Jan. 14, 2008_____
DATE