UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
        Plaintiff :
:
vs. : CRIMINAL NO. 07-252
: Judge Colleen Kollar-Kotelly
:
JAMES BAKER :
:
        Defendant :

**ORDER**

**FILED**

MAR 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

The probation office shall file its Presentence Report by no later than MAY 30, 2008;

The Government shall file its Memorandum in Aid of Sentencing by no later than JUNE 6, 2008;

The Defendant shall file its Memorandum in Aid of Sentencing by no later than JUNE 13, 2008, it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on JUNE 26, 2008 AT 9:00 A.M.

IT IS SO ORDERED,

Date: March 18, 2008

Colleen Kollar-Kotelly
United States District Judge

cc:    Chambers    John Griffith, AUSA
        Files    Robert Green, Esquire
        Probation    Pretrial