IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          *

          v.          *          CRIMINAL NO. 01:07-cr-252 (CKK)

JAMES BAKER          *

          *    *    *    *    *    *    *    *    *

## DEFENDANT JAMES F. BAKER'S MEMORANDUM IN AID OF SENTENCING

James Baker comes before this Court for sentencing on June 26, 2008.  He submits this Sentencing Memorandum for the Court's consideration.  Pending before the Court is the Government's motion for a downward departure of two levels in the defendant's offense level to offense level 8.  As set forth below, the defendant fully supports this motion and asks the Court to accept the Government's recommendation of a sentence of probation in this case.

Because the Government and the defendant are in agreement regarding the appropriate disposition in this case, this Memorandum in Aid of Sentencing will be brief and is intended only to supplement the information supplied to the Court through the Presentence Report and the Government's Memorandum in Aid of Sentencing.  The defendant has reviewed both of those documents and has no objection to either one.

The Supreme Court's decision United State v. Booker, 125 SC. 738 (2005) and the subsequent revitalization of 18 U.S.C. §3353(a) has radically altered federal sentencing, but in this case the result is the same whether one focuses on the Guidelines or the factors set forth in §3353(a).  The Government's motion for a two level downward departure is abundantly supported by the facts of this case.  Jim Baker started his company, Air Specialties, Inc., in the year 2000 without any prior experience running a company.  In his first year of operation, he

came into contact with Charles Weihausen, the project manager who subsequently enlisted Jim's

support in a scheme to defraud the government.  While the inflated costs written into these

projects ultimately all ended up in Mr. Weihausen's pocket, Jim Baker has accepted

responsibilities for his part in this scheme from the very outset.  Mr. Baker was first interviewed

by government agents in this case in October of 2004, and he fully and completely acknowledged

his role in these events and agreed to cooperate.  He produced at that time all of his company

records which fully revealed the payments to Mr. Weihausen.  For reasons related solely to the

Government's agenda in investigating this case, it was not until the summer of 2007 that the

Government again contacted Mr. Baker.  His subsequent cooperation and plea agreement are

fully and accurately described in the Government's Memorandum and will not be recited again

here.  Suffice it to say that Jim Baker has accepted responsibility for his actions from the outset

and has been ready, willing and able to assist the government in its investigation for almost four

years now.  Attached hereto as Exhibit 1 is a further letter of apology written by Jim Baker.  We

respectfully request that the Government's motion for a two level downward departure be

granted.

We further implore the Court to accept the recommendation of the Government

that Mr. Baker be sentenced to a period of probation.  Once again, we will not repeat here the

analysis of the sentencing factors which is accurately set forth in the Government's

Memorandum nor the facts set forth in the probation department's Presentence Report.  In order

to assist the Court in gaining a fuller and more complete understanding of the individual who will

appear before the Court for sentencing, we are attaching a short series of letters from family

members and friends who are best able to describe for the Court the many positive attributes of

2

Jim Baker that together make him an outstanding candidate for a sentence of probation.  Those letters are attached as Exhibit 2.

In sum, Jim Baker is a valuable member of this community who has overcome significant obstacles from his childhood to become a caring, giving human being on whom many people depend.  He has had absolutely no previous difficulties with the law and has, for almost four years now, repeatedly expressed his remorse for the acts that bring him before this Court.

For the reasons discussed above, the defendant James Baker respectfully requests that the Court impose a sentence of probation in this case.

Respectfully submitted,


_____/s/_____
Robert B. Green
Federal Bar No. 00422 (USDC MD)
Irwin Green & Dexter, L.L.P.
301 West Pennsylvania Avenue
Towson, MD  21204
Telephone: 410-832-0111

Attorneys for James Baker

G4450



June 10, 2008

United States District Court
333 Constitution Avenue, N.W.
Washington, D.C.

*Attn:* Judge Colleen Kollar-Kotelly

*Re:* United States vs. James Baker, Docket No: 1:07cr252-01

Dear Judge Kotelly,

I am writing this letter to you to let you know how I feel for the decisions I have made. I have been pretty good at making the right decisions when given the opportunity, but not always. In this case I made a very poor decision for which I will always remember, and always be embarrassed by. I feel I have let my friends, employees, and most importantly my family down due to my ignorance. I have spent most of my adult life teaching people the right way to do things and to make good decisions that are thought out, not to be impulsive. To teach them that the decisions you make may stay with you a long time. I sure didn't think this decision through as I have preached, and it will live with me a very long time. For this I am truly sorry. I am sorry for the fact that one day my children will learn of this and I will need to explain to them what I have done. I am sorry for letting my wife down for she always seems to look to me for making the right decisions, I am sorry for letting my employees down because I am supposed to be their leader and the decision maker, doesn't say much for my credibility, and I am sorry for just making the wrong decision because I didn't look into it enough. I am sorry for what the Government has had to go thru to investigate this situation and the funds needed to do this, because I'm sure there are many other items that need to be addressed, and this did not need to happen. This was just a stupid decision.

I got caught up in this just after I opened Air Specialties, Inc. in 2000. What transpired thru the workings with Mr. Wehausen seemed okay at the time, but I wanted to make sure. I was naïve so I talked to my accountant and he said to make sure I had invoices and wrote checks so we could keep the books in good order. So I did. I am sure by now you know all of the rest of what happened. After a couple years I finally assumed that this wasn't the way to operate a construction project, only because I had been doing business for a couple years and I had no other customers asking to do business in this manner, I decided I was not going to any more work for this customer. Of course by this time it was too late.

I feel, because of my inept decision making at that time this has not only put me in a position to where I will need pay the consequences, but now my family, employees, and friends will also pay to some extent. This again, turned out to be a selfish decision on my part.

This is the time of year when I get the chance to spend the most time with my wife, my 9-year old daughter, and 11-year old daughter, they are out of school. I have explained to them, somewhat, that I will not be able to do that this summer. That was a very difficult conversation for me, because I am too embarrassed to explain to them what I have done. I feel they are too young and might not understand. I feel this will need to be handled at a later date.

**Page 2 of 2**

I am not looking for you to release me of any penalties, because what I did was wrong, and I am truly sorry. I can assure you that this will not happen again. I have been thinking about this every day for the last four years, and it hasn't gotten any better in my mind. I accept full responsibility for my actions and accept anything you deem fit for me. This I cannot argue. Over the years I have explained to many children and teenagers, if you make bad decisions you will need to eventually pay the consequences, therefore I fully accept any consequence you feel fits the situation. I know what options have been discussed thru the transcripts, and I also know that you have the final decision. I have put myself thru a tremendous strain and anxiety during this whole process, and whatever is handed down to me will at least let me get thru this, get some finalization, and I can attempt to move on with my life as normal as possible.

Thank you for taking the time to read this apology.

*Sincerely,*

*James F. Baker*
*3840 Hooper road*
*New Windsor, Maryland 21776*

June 4, 2008

Attention:  Judge Colleen Kollar-Kotelly

Re:  James Francis Baker


My information: Barbara Baker
                3840 Hooper Road
                New Windsor, Maryland 21776
                (240) 687-3327

Careers:  Real Estate – 20 years
          Cosmetology – 21 years
          Mother – 12 years
          Air Specialties, Inc. – 8 years (one day a week – collections)


Dear Judge,

I would like to provide a character and personality assessment behind the face you will be seeing in court and tell you a little about my and Jim's life.

Jim was going through Steam fitting school and I was a hairdresser when we met.  Jim had a very sad and poor childhood with an abusive alcoholic father who gave him no guidance.  He met me at the age of 20 and he realized that he could have a better life.  I came from a loving catholic family with seven kids.  My father was the head director of engineering at the Goddard Space Flight Center.  We all had good morals and goals in life.  My father saw so much promise in Jim and Jim became like a son to him.  Jim strived very hard to become a good person and he succeeded.

Jim and I bought our first home at the ages of 21 and 22 years old.  I worked three jobs and Jim worked two and we were determined to make successful lives for ourselves.  We got married in 1986 and had our first child in 1996.  I wanted children right away but because of Jim's troubled upbringing, he wanted to make sure that he could raise them to their fullest potential with loving caring parents and a stay-at-home mom.  He wanted to be able to provide for his family in a way that he was never provided for growing up.

Our two little girls, Jessica 12 and Natalie 9, idolize their daddy.  There is nothing Jim would not do for them.  Jim is a wonderful father who has taught our kids the basics in life.  Both Jim and I feel that it is very important to have well-rounded children with a solid family foundation.  Our kids do not sit in front of a T.V, computer or video game.  Instead our kids have learned how to fish, build forts, camp, go 4-wheeling, water skiing,

tubing, build bonfires, and go to sporting events. You name it and our kids have experienced and daddy is the one to thank for all of this.

Jim has the personality of a kid. The many nieces and nephews have named him Jungle Jim. Jim will not hesitate to lie on the floor and wrestle with all of the kids. We all laugh at him but the kids love him and he says these are memories for the kids that he never had the opportunity to have.

Jim has made it to a point in his life that he will do whatever it takes to touch people's lives and made them better. Jim feels so fortunate to have met my family and me. He feels that if it wasn't for my fathers' guidance and my loving patience, that he would not be where he is in life with so many possibilities.

The positive things that Jim and I have done to give back are endless. Jim's little brother Joey and him are 12 years apart in age. Joey had the same rough upbringing but not as bad as Jim. Joey was kicked out at 16 years old, with a 9th grade education, sleeping in his car with a new baby on the way. We took Joey into our home and taught him responsibility, goals and morals. Jim got Joey a job with a friend as a plumber and Joey has been there over 20 years now. We helped Joey buy a home and raise his daughter. Joey's daughter, Kristin, rebelled at the age of 15 and ran away to live with her mother who was heavily into drugs. We went through the court system and at the age of 16, Kristin was awarded to Jim and I. We brought her to counseling, got her back into school and taught her responsibility, morals and goals. I'm so proud to say that with all that hard work, Kristin will be graduating from South Carroll High School and attending college next year. Jim and I have taken in his sister Patty, his brother-in-law Fred and his nephew Zach as well.

Currently we have Lauren living with us. When Lauren was 4 years old, her mother passed away from cancer. Lauren is another one of our success stories. We took her under our wings and helped her grow into a beautiful, loving and caring individual. Lauren is currently attending a Christian College and is staying with us for the summer to help her pay for school. Lauren's father just makes ends meat and can't help Lauren with college so we do. There have been several times that we have had to help Lauren's father financially.

People think we are crazy for taking in so many unfortunate children but the way Jim and I look at it, there are no throwaway children or adults. If you give people a chance, the might just surprise you. I could go on and on with the many wonderful things that Jim has done but I'd like to tell you about Air Specialties and Jims background.

Jim worked for Ed Dunn at E.M.D. as an air-conditioning mechanic. Ed Dunn saw the promise in Jim, as we all do, and put Jim in the service manager's position. Jim excelled at his job and wanted to open his own company. Jim told Ed Dunn about his dream of opening his own company, and Ed knew how valuable Jim was to E.M.D and gave Jim part ownership of the company. E.M.D. was a very family oriented company and we made a lot of life long friends. For financial reasons, Ed Dunn decided to sell E.M.D

from under Jim with no notice. Jim was devastated. Jim tried to work for another company, American Mechanical Services, and everyone there was only a number in the corporate structure. This was not what Jim wanted for his life and family.

Jim decided to open up Air Specialties in 2000. Jim was bound and determined to make his company a family oriented company where people were happy to come to work. We struggled very hard to open the company. One of the reasons we struggled so hard is that Jim was a Salesman Steamfitter and I had a background in Hairdressing and Real Estate. We knew nothing of book keeping, accounting or running a business. I used to laugh about calling it "Fly by the seat of your pants" company.

We hired Julia who knew computers and book keeping and we hired a good accountant, Lee Sturgill. Jim figured that if we worked hard, did quality work and made the customers happy, that we would be okay and he was right. Our company is very successful by being hardworking, loyal and honest. It is amazing that Jim has never had a checking or bank account. Jim takes an allowance of 50 to 100 dollars a week. He has no idea of what is in his personal or business accounts. He says that he trusts me and he is happy and it doesn't matter.

Jim takes care of his employees like they are his kids. Jim trains them, goes down on jobsites and helps them, and will pick up the phone in a minute to help troubleshoot a problem or just to talk to them to see how life is going. Jim calls his employees "my guys" and he feels that the guys are the ones that deserve the credit for making Air Specialties what it is today. Most of our employees have stay at home wives and one income. If there is ever a problem with one of our guys getting hurt, sick or just down on their luck, Jim is the first one to step in whether it be visiting them in the hospital or paying them their paycheck when they are off hurt. Jim has even helped his employees with air-conditioning units when they needed them to be replaced and could not afford it. Jim acts like their fathers and is so proud of them. We have 20 employees and Jim knows their wives and kids names and has probably been over to their home. Jim has even helped them buy houses, garages and cars. The downside with being a boss to all of these guys is that Jim works an average of 12-15 hours a day. He feels like 20 families depend on him to make sure everything is all right.

I know you have to punish Jim for what he has done but you can't punish him more than he has already punished himself. Since all of this has happened, Jim has lost a lot of weight. I hear him in the morning getting sick and there are all these medicines in the trashcan. I feel so sorry for him. I believe that Jim truly did not know what he was doing. He's not that kind of person. Jim is sorry, embarrassed and ashamed of what has happened. Jim has not told anyone except for a few close friends. Jim is ashamed that he could not see what was happening and that he has let us all down. Jim is a positive role model in so many people's lives and this is really crushing him. He never wants his kids to find out and he feels like he has let his kids and myself down.

I am hoping that you can go easy on him because Jim deserves a break. He's a great guy, a wonderful father, a terrific husband and a tremendous boss.

Thank you for taking the time to read my character reference on Jim.

Sincerely,

Barbara Baker

June 9, 2008

United States District Court
Judge Colleen Kollar-Kotelly

Judge Colleen Kollar-Kotelly –

My name is Julia McDonnell and I have worked for James "Jimmy" Baker since July of 2000. Previous to that date, I worked with him at American Mechanical Services since February of 1998.

Jimmy has not only been my boss for almost 8 years, but also my friend and confidant. He has always treated my family and I as his own and his heart shines through in everything he does for everyone. I see on a daily basis how much he cares for his family, his employees and his friends. I would like to share with you a few exceptional things he has done for my family.

During my pregnancy with my first child, my own family would not even attempt to throw me a baby shower. As soon as Jimmy heard this, he welcomed my entire family into his home and threw the baby shower himself. He not only did this once but twice.

When my husband wanted to propose to me, we did not have the funds to afford a ring. He asked Jimmy for a loan, and Jimmy knowing how much this meant to me, lent it to him. Knowing that we also did not have the funds for a honeymoon, he invited us on their family vacation to Jamaica the following year.

Not many people would see the worth in a college dropout, but Jimmy looked past all of that and looked at my actual performance and hired me as his office manager. He took the time to sit down with me and teach me the HVAC trade. I feel like I owe a whole lot of whom I am and how successful I have been to Jimmy.

My children love Mr. Jimmy. When he comes over to the house, he wrestles with them, tells jokes to them and makes them feel special. He is an integral part of our family and I would not have it any other way. We are always invited to their home and we have had many family vacations with them.

Jimmy is a wonderful, talented, and hardworking man. I hope you can see it in your heart to provide him some leniency in this matter.

If there is anything I can do to answer any questions you may have, please feel free to call me at (240) 687-2079.

My information:  Julia McDonnell
                 6918 Fox Chase Road
                 New Market, Maryland 21774
                 (240) 687-2079


July 2000 – Present:  Air Specialties, Inc. – Office Manager
February 1998 – July 2000:  American Mechanical Services – Project Manager


Sincerely,

*Julia Anne McDonnell*

Julia Anne McDonnell

June 9, 2008

Judge Colleen Kollar-Kotelly,

I have known Jimmy Baker for 10 years. We worked together at American Mechanical Services for two years. Jimmy was a salesman and I was a service technician. Jimmy is a person that is truly caring and selfless. The first experience I had with Jimmy Baker was in the summer of 1998. I was working on a cooling tower with two other mechanics. The job was not going well and we needed and extra pair of hands. I will never forget seeing Jimmy with his nice clothes and shoes jumping right in to give us a hand. I thought to myself "This guy is a salesman. What is he doing getting dirty and helping us out?" That is the type of man that Jimmy is; truly caring and selfless.

After working with Jimmy at American Mechanical Services and hearing more about the type of person that Jimmy is, I could not wait to come work for him when he started Air Specialties. I came to work with Jimmy at Air Specialties in August of 2001. When I told people that I was leaving a large, secure company to work for a brand-new smaller company, everyone said I should be nervous. I can honestly say that I was not nervous at all. I explained to my coworkers at the time; if you knew Jimmy Baker you wouldn't be nervous either. This is a man that deeply cares about everyone around him. He is truly concerned about my well being and the well being of my family. He cares about everyone that works for him and all of their families. Jimmy has stood by me and helped me both professionally and personally.

I was hospitalized in 2003 with internal issues. Jimmy would stop by the hospital to check on my and bring me motorcycle magazines. He would also check on my family and make sure they did not need anything. Jimmy is a person that does things because he cares and wants to; not because he is supposed to.

Jimmy is a man of great character and honesty. In the time that I have known Jimmy, he has always been honest and forthcoming in everything he has done. If Jimmy says he is going to do something, he does it. He has kept every promise and has always been a man of his word. If there has been a problem personally or professionally, Jimmy would always talk things out and resolve issues.

Jimmy Baker is a true friend, exceptional owner and inspiring mentor. I feel blessed to be working for a person that cares so much about his employees and their families. The more time that I spend with Jimmy, the more I am impressed with the type of person that he is. Caring, selfless, honest, trustworthy, hardworking and thoughtful are all words to describe Jimmy Baker. I am looking forward to a great future with Air Specialties. There will be many ups and downs. I know in my mind and in my heart that the future will be bright because of Jimmy Baker our leader and guide.

Sincerely,

Glenn Houston
6111 Brookhaven Drive
Frederick, Maryland 21701
(240) 687-3487 (cell)
(301) 668-2205 (home)

June 9, 2008

United States District Court
Judge Colleen Kollar-Kotelly


Judge Colleen Kollar-Kotelly –

My name is Jack Cholak. I have known James Baker for almost forty years.
Jimmy and I met as kids growing up in an apartment project in Prince
Georges County. Jimmy's dad was the Engineer for the Project and my
mother was the Property Manager. Jimmy's family and ours become close
due to both of our fathers being abusive alcoholics. My dad was abusive to
my mother; Jimmy's dad was abusive to everyone.

Jimmy and I became extremely close when we were young being the only
adolescent boys in our families.  There were many nights that I snuck Jimmy
into my room for a safe nights rest when his father was on a binge! We truly
became dependent and protective of one another. What was mine was his
and what was his was mine. I always knew Jimmy was there for me and me
for him. This led to a life long friendship that remains to this day.

When my kids were born, Jimmy was there.  When I had a motorcycle
accident and was in critical condition, I looked up and Jimmy was there.
When my Son graduated high school he automatically knew he was going to
work for Uncle Jim. As a matter of fact, every time I've ever needed
anything good or bad, Jimmy was there! To say Jim is unselfish, caring and
giving is almost an understatement.

I can not tell you how many times Jimmy would pick me up to go some
where only to have to stop by some friends or their parent's house to fix
their air condition or heater. Some of these people we didn't even know but
they were in need and Jimmy was going to take care of them without ever
taking anything for doing it. I've also lost count of how many kids he's
brought in to his house and tried to help out mostly with good success, all of
them the better for the chance. It seems like Jim never takes a family
vacation without bringing some struggling teenager who would never get the
chance to experience a trip of that magnitude. My own family was
financially strapped and hadn't had a vacation in sometime. Jim and his wife
Barbara invited us along being able to pay what we could afford! Jim and

Barb don't just give handouts. They expect you to do what you can, leaving you with a sense of dignity as well as gratitude.

There are so many people that love and depend on Jimmy, from friends to family and employees. It would take a lifetime to tell. When people meet him they never forget him. It's wonderful to be around him. When he comes into a room he just lights the place up. He is a wonderful people person who always cares about you and your family. He's always the one playing with your kids and making sure they don't get left out. I walked out of the back door of my house the other day and there's Jimmy, rolling in the grass with my dogs. That's just the way he is.

Jimmy has sowed so many seeds in his life. I am such a better person for knowing him. When a neighbor or friend needs a hand, I think, what would Jimmy do? Of course I end up doing it. He doesn't expect anything for his deeds nor remind you later of what he has done or given. Jimmy is better than the brother I never had. If my teenage son grows up with half of the honorable traits of Jimmy Baker then I will be a grateful father.

Jimmy is a great Friend, Father and Family man. What Jimmy is not is perfect. Like us all Jimmy has made his share of mistakes. The important thing is that Jimmy's mistakes are without malice. Usually they stem from a misunderstanding or ignorance. I can't ever remember a time when Jimmy has ever done something purposely mean or derogatory to anyone. It's just not his nature. Jimmy's the one who's always seeing the good in people.

I implore you to see the good in Jimmy. Punishing Jimmy severely solves no real purpose as he's doing it to himself daily. The lesson has been learned ten fold. If Jimmy knew the magnitude or severity of his actions, I assure you that they never would have happened in the first place nor will they repeat themselves! I trust in your judgment to do what's needed to bring closure to this issue.

If you would like to contact me, I can be reached at (240) 876-5623

My information:     Jack Cholak
                    6154 Old Washington Road
                    Elkridge, Maryland 21075
                    (410) 540-9043

October 1999 – Present:  McShea Management, Director of Engineering

Sincerely,

*Jack Allen Cholak*

Jack Allen Cholak

JACQUELINE L. YATES
46 POPLAR POINT ROAD
EDGEWATER, MARYLAND 21037
(410) 266-0828

June 6, 2008

Judge Colleen Kollar-Kotelly
C/O The Law offices of Irwin, Dexter and Green
Attention:  Mr. Robert Green, Esquire
301 W. Pennsylvania Avenue
Towson, MD  21204

RE: James Baker

Dear Judge Kollar-Kotelly,

I wanted to take the time to tell you about my friend, James Baker.

When I met Jimmy, I was new in the neighborhood and of course, new at school. From the first day that I met him in fourth grade, I just knew we would be friends for a long time.  He is a friend  that can be trusted, a friend that has always been there for me, and for anyone else.  We continued our friendship beyond  graduation, which was almost 29 years ago!

Jimmy has the most giving personality.  He is the kind of person that will stop whatever he is doing to lend a hand to someone else.  He is without a doubt, one of the hardest workers I have ever met.

What Jimmy and Barbie (his wife) have accomplished in the last 25+ years would make anyone proud.  They have struggled; they have worked seven days a week for many years and have done most of the work with their own two hands.  Several years ago Jimmy and Barbie opened their own business, a heating and air conditioning company, which as we all know, is very challenging.  They succeeded and work hard to keep their customers and employees happy. For those of us who own our own business, we know the hardships and rewards it can bring, as it is mentally and physically challenging!

Of course, their best accomplishment is their two little girls, Jessica (age 12) and Natalie (age 9).  They just think their Daddy is the best Daddy and I can surely see why.  He takes pride in spending time with his daughters.  He takes them camping ; (once, when the weather was bad, he set the tent and equipment up in their family room for the weekend).   He takes them to his work and he takes them to school.

Page 2 of 2:

He works side by side with his daughters doing homework, painting their bicycles, playing ball, swimming and even building a little go cart. Jimmy works the concession stands at their games and volunteers to work with the team. Jimmy is a wonderful Dad, and his two little girls just glow when they talk about their Daddy.

I have known his wife, Barbie, ever since Jimmy met her. Together, they are a team. A very hard working and giving couple, especially to kids. I can't even count how many kids they have taken into their home due to unstable situations with a child's home life. Sometimes I am just in awe at what those two do for others!

I truly believe Jimmy would not deliberately do anything wrong. Jimmy is not a dishonest man. I have known him too long! Sometimes we make a bad decision in life, and that can be punishment enough. I grew up in a family whereby just the thought of disappointing my parents was too much to handle at times, and that is the Jimmy I know.

I have faith in our judicial system, and I believe you will see the man that I have known for many years.

Thank you for taking the time to read this letter. I can be reached at the number above or on my cell phone at (301) 922-8021 if you find the need to call me.

Sincerely,

Jacqueline L. Yates

Judge Colleen Kollar-Kotelly,

I am writing this letter to you to give you a better understanding of who James Baker is as a person. I have known Jim since 1986, when he first started dating my sister Barbara. He has always shown patience, compassion, and friendliness toward my family. He is an extremely hard worker and does whatever it takes to get the job done. He has never put himself first when it comes to friends and families needs. He is a wonderful father, a loving and patient husband, and a good friend. He has helped me time and time again with home repairs and projects, never once expecting compensation. He is a true contributor to society and has many families counting on he and Barbara to continue to run a successful business.

Although Jim made some poor decisions, I truly believe that they were not in greed or malice. I believe he is truly sorry for what has happened and not because his mistakes were revealed, but because when he realized happen what was really happening, he didn't act on it appropriately. I believe Jim is a man of integrity and has realized his mistakes and would never make them again. He is needed in society, to continue being a great father and husband, provider for so many families, and a

role of other people who have had poor upbringing environments. I do not know another person other then Jim or Barb who have made so much difference from nothing. Thank you for your time in reading this letter. If you would like to talk to me in person you may call me @ 301-617-9388

Your truly,

Thomas S. Huber

# STURGILL & ASSOCIATES LLP

### CERTIFIED PUBLIC ACCOUNTANTS

20 Liberty Street, P.O. Box 546 Westminster, MD 21158-0546
(410) 848-4460 • Fax: (410) 848-4204 • Baltimore Line (410) 876-6111
Email: info@sturgillcpa.com

June 11, 2008

Honorable Colleen Kollar-Kotelly
c/o Robert B. Green, Esq.
Irwin Green & Dexter LLP
301 W. Pennsylvania Avenue
Towson, Maryland 21204-4415

Re: James F. Baker

Dear Judge Kollar-Kotelly:

By way of introduction, I have been the Certified Public Accountant for Mr. Baker and his wholly owned Corporation, Air Specialties, Inc. since 2000. We have provided primarily tax and accounting assistance from the beginning of his company to the present.

Mr. Baker has impressed me from the inception of the Company and continuing to the present day. He has grown the Company from a small Company to a productive medium size company, both in revenue and employee base.

I believe the success of his Company is his devotion to his Company including its employees and his family. During the growth period of the Company his employees never appeared to have suffered in pay, supplies, vehicles and benefits. This has been balanced with taking care of his family, including his extended family and friends. It therefore surprises me to find him in his current predicament.

During the past seven, almost eight years of working with Mr. Baker, there has never been any indication that Mr. Baker was doing anything wrong. Perhaps, and this is my speculation, that Mr. Baker's lack of education and learning how to operate his own business that misled him into a wrong decision.

Technically Mr. Baker is very good at what he does. I know first hand from my discussions and meetings that he has suffered greatly from this situation and he, in fact has grown from these difficulties.

I thank you for the opportunity to present my opinion of Mr. Baker and welcome the opportunity to answer any question you may have of me.

Sincerely,

Gerald L. Sturgill, CPA, CVA, JD
sgr
c: Mr. James Baker

---

Members: American Institute of Certified Public Accountants • Private Companies Practice Sections

Westminster, MD • Gettysburg, PA