IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. 01:07-cr-252 (CKK) |
| JAMES BAKER | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

Defendant James Baker having appeared for sentencing before this Court on June 26, 2008, and having received a sentence of five years probation with no travel restrictions, and his previous Pre-Trial Services conditions of release being no longer applicable, it is this 26th day of June, 2008,

ORDERED that Pre-Trial Services release the passport taken by Pre-Trial Services to Defendant James Baker.

_____
Judge Colleen Kollar-Kotelly
United States District Court
For the District of Columbia

G4454